**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 ANGELA D. DOWLING,

Petitioner,

-against-                                                                26 **CIVIL** 4159 (GBD)

**JUDGMENT**

UBER,

Respondent.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated June 10, 2026, this Court has dismissed this action as frivolous.

See 28 U.S.C. § 1915(e)(2)(B)(i). This Court certifies under 28 U.S.C. § 1915(a)(3) that any

appeal from the order would not be taken in good faith, and therefore in forma pauperis status is

denied for the purpose of an appeal. See Coppedge v. US.,369U.S. 438, 444-45 (1962).

**Dated:** New York, New York

June 18, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

**BY:**            K. mango

_____
**Deputy Clerk**